UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12-cr-2733-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| KENNETH JOHN SCHUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED:  August 16, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge